UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT J. SAUCEDO,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05265-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING AMENDED COMPLAINT** (Doc. 10)<br><br>**ORDER CONCLUDING ENTIRE ACTION** |

    Plaintiff, Vincent J. Saucedo ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 15, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on March 21, 2006, as undeliverable.  A notation on the envelope indicated: Return to Sender - Not at this address.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed March 15, 2006,
8 are ADOPTED in full;
9    2.   The amended complaint, filed July 8, 2003, is
10 DISMISSED, without leave to amend; and,
11   3.   This action is therefore CONCLUDED in its entirety.
12 IT IS SO ORDERED.
13 **Dated:   May 23, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                         UNITED STATES DISTRICT JUDGE